**Glenn Patrick BRADFORD, Petitioner–Appellant,**

v.

**Richard BROWN, Superintendent, Respondent–Appellee.**

No. 15–3706

United States Court of Appeals, Seventh Circuit.

October 27, 2016

Deborah Ann Bone, Ronald S. Safer, Riley Safer Holmes & Cancila LLP, Chicago, IL, for Petitioner–Appellant.

Kelly A. Loy, Office of the Attorney General, Indianapolis, IN, for Respondent–Appellee.

**ORDER**

By the Court:

The petition for rehearing en banc is granted, and the panel's opinion and judgment are vacated. Oral argument will be heard on Wednesday, November 30, 2016.